IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Petitioner,                    No. CIV S-06-0565 LKK KJM P

   vs.

JOHN C. MARSHALL, et al.,

    Respondents.             <u>ORDER</u>

/

        On March 17, 2006, petitioner filed a notice of removal with respect to a habeas action pending in the California Supreme Court. Petitioner fails to present anything suggesting a state habeas action can be removed to federal court. Therefore, the court will ignore the notice.[1]

        On April 12, 2006, petitioner filed an application for writ of habeas corpus under 28 U.S.C. § 2254. On June 7, 2006, petitioner filed an amended application. Petitioner filed both applications on the standard form issued by this court but failed to fill out the forms completely, accurately and legibly. Both applications will be dismissed and petitioner will be granted leave to file a second amended habeas application on the form provided by the Clerk of

/////

---

[1] It does not appear petitioner filed his notice in the California Supreme Court, therefore it does not appear necessary to remand this action back to that court.

1

1 the Court.  Petitioner must fill out the form completely, accurately and legibly or this action may
2 be dismissed without prejudice.

3       Petitioner has filed a request to proceed in forma pauperis.  Examination of the in
4 forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly,
5 the request for leave to proceed in forma pauperis will be granted.  <u>See</u> 28 U.S.C. § 1915(a).

6       Finally, petitioner has filed a motion asking that the court hold an evidentiary
7 hearing.  Because there is no habeas application pending, petitioner's  request will be denied
8 without prejudice.

9       In accordance with the above, IT IS HEREBY ORDERED that:

10       1.  Petitioner's March 17, 2006 "Notice of Filing of Notice of Removal" shall be
11 placed in the court's file and disregarded.

12       2.  Petitioner's April 12, 2006 and June 7, 2006 applications for writ of habeas
13 corpus are dismissed.  Petitioner is granted leave to file a second amended application within
14 thirty days.  Petitioner must file his application on the form to be provided by the Clerk of the
15 Court and the form must be filled out completely, accurately and legibly.

16       3.  The Clerk of the Court is directed to send petitioner the court's form for
17 application for writ of habeas corpus.

18       4.  Petitioner's April 24, 2006 application to proceed in forma pauperis is granted.

19       5.  Petitioner's April 12, 2006 request that the court hold an evidentiary hearing is
20 denied.

21 DATED:  January 8, 2007.

22
23                                          U.S. MAGISTRATE JUDGE

24 1
pric0565.14(6.07.06)
25
26