1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM HENRY PRICE,

11              Petitioner,              No. CIV S-06-0565 LKK KJM P

12        vs.

13   JOHN C. MARSHALL, et al.,

14              Respondents.            <u>ORDER AND</u>

15   _____/         <u>FINDINGS AND RECOMMENDATIONS</u>

16              Petitioner, a state prisoner proceeding pro se, is proceeding with an application

17   for writ of habeas corpus under 28 U.S.C. § 2254.  On January 9, 2007, the court gave petitioner

18   thirty days' leave to file a second amended habeas application.  Among other things, the court

19   informed petitioner that he must file his second amended application on the form provided to

20   him by the Clerk of the Court and that he must fill out the form completely and accurately.

21   Petitioner was warned that if he did not follow the court's instructions, this action could be

22   dismissed without prejudice.

23              Petitioner filed his second amended application on January 22, 2007.  Again,

24   petitioner has not filled out the form completely or accurately.  From the language of the form it

25   is impossible to tell whether petitioner has exhausted state court remedies with respect to his

26   claims as is required under 28 U.S.C. § 2254(b)(1) before habeas relief can be granted.   In light

1

1  of the fact that petitioner has failed to follow court orders, and that petitioner apparently has not

2  exhausted state court remedies with respect to his claims, the court will recommend that this

3  action be dismissed.  See id.; Fed. R. Civ. P. 41(b).

4          Petitioner has filed motions titled "Motion To Enforce Subpoena And Compel

5  Production," "Motion For Leave To Conduct Discovery Prior To Planning Meeting," "Motion

6  For Pretrial Conference," "Motion For Evidentiary Hearing" and "Motion To Request That The

7  Federal Court Refer This Complaint To The Federal Community Relations . . ."  In light of the

8  foregoing, and because none of these motions are proper at this stage of this case, they will all be

9  denied.

10          In accordance with the above, IT IS HEREBY ORDERED that:

11          1.  Petitioner's January 22, 2007 "Motion to Enforce Subpoena and Compel

12  Production" is denied.

13           2.  Petitioner's January 22, 2007 "Motion For Leave To Conduct Discovery Prior

14  To Planning Meeting " is denied.

15          3.  Petitioner's January 26, 2007 "Motion For Pretrial Conference" is denied.

16          4.  Petitioner's February 15, 2007 "Motion For Evidentiary Hearing" is denied.

17          5.  Petitioner's February 27, 2007 "Motion To Request That The Federal Court

18  Refer This Complaint To The Federal Community Relations . . ." is denied.

19          IT IS HEREBY RECOMMENDED that this action be dismissed without

20  prejudice.

21          These findings and recommendations are submitted to the United States District

22  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23  days after being served with these findings and recommendations, petitioner may file written

24  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

26  /////

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2 | F.2d 1153 (9th Cir. 1991).

3 | DATED:  May 1, 2007.

4 | _____
   | U.S. MAGISTRATE JUDGE

5 |

6 | 1
7 | pric5654.frs(1.22.07)

3