IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Petitioner,                    No. CIV S-06-0565 LKK KJM P

    vs.

JOHN C. MARSHALL, et al.,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 30, 2007 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. <u>Slack v. McDaniel</u>, 529

1 U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
2 issues satisfy" the above  requirements.  28 U.S.C. § 2253(c)(3).
3         For the reasons set forth in the magistrate judge's May 2, 2007 findings and
4 recommendations, and this court's July 30, 2007 order, jurists of reason would not find it
5 debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of
6 appealability should not issue in this action.
7     IT IS SO ORDERED.
8     DATED: August 15, 2007.

>     /s/ Lawrence K. Karlton
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT

2