IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Petitioner,                    No. CIV S-06-0565 LKK KJM P

    vs.

JOHN C. MARSHALL, et al.,

    Respondents.          <u>ORDER</u>

                            /

        On August 15, 2007, plaintiff filed a document titled "motion for permission to file a late petition . . ." Petitioner's motion has no basis in law and is denied.

DATED: August 22, 2007.

                                     U.S. MAGISTRATE JUDGE

1
pric0565.nbl